**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02382-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.   Failure to include this number
may result in a delay in the consideration of your claims.**)

ANGELA NICOLE DuCHARME,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff Angela Nicole DuCharme currently resides in Rocky Ford, Colorado.   On
October 27, 2015, she submitted an Application to Proceed in District Court Without
Prepaying Fees or Costs, ECF No. 1, and a Civil Cover Sheet, ECF No. 1-1, that states
the cause of action is an appeal of a social security decision.   As part of the Court's
review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted
documents are deficient as described in this Order.   Plaintiff will be directed to cure the
following if she wishes to pursue her claims.   Any papers that Plaintiff files in response to
this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)  ____      is not submitted
(2)  ____      is not on proper form (must use the current Court-approved form)
(3)  ____      is missing original signature by Plaintiff
(4)  ____      is missing affidavit
(5)  ____      affidavit is incomplete
(6)  ____      affidavit is not properly certified
(7)  ____      other: In the alternative, Plaintiff may pay the $400 filing fee.

**Complaint or Petition**:

(8)   _X_       is not submitted
(9)   ____      is not on proper form (must use the court's current form)
(10)  ____      is missing an original signature by the Plaintiff
(11)  ____      is incomplete
(12)  ____      uses et al. instead of listing all parties in caption
(13)  ____      names in caption do not match names in text of Complaint
(15)  ____      addresses must be provided for all defendants/respondents in "Section A.
                Parties" of complaint, petition or habeas application
(16)  ____      other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days**

**from the date of this Order**.   Any papers that Plaintiff files in response to this Order

must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in

filing a civil complaint, along with the applicable instructions, at www.cod.uscourts.gov,

and use the form to cure the above noted deficiency.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within**

**thirty days from the date of this Order** the action will be dismissed without further

notice.

DATED October 29, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher_____
United States Magistrate Judge