IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02382-GPG

ANGELA NICOLE DuCHARME,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be placed on the AP docket. Accordingly, it is

ORDERED that this case shall be placed on the AP docket.

DATED December 17, 2015, at Denver, Colorado.

                                            BY THE COURT:

                                            Gordon P. Gallagher
                                            United States Magistrate Judge